USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WORTH CAPITAL HOLDINGS 36 LLC,

        Plaintiff,

-against-

DAVID SHUMAN,

        Defendant.
-------------------------------------------------------X

19-CV-5833 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The parties shall submit a revised Scheduling Order and proposed Discovery Plan using the templates found on the Court's website and in conformity with the Court's Individual Rules and Practices and all applicable Federal Rules of Civil Procedure.[1] The Scheduling Order and proposed Discovery Plan shall contain definite calendar dates, rather than dates defined by reference to the date of an initial conference ("X days after the initial conference").

SO ORDERED.

DATED:    New York, New York
              February 25, 2020

                                                      KIMBA M. WOOD
                                                      United States District Judge

---

[1] Fillable PDF versions of the Scheduling Order and Discovery Plan templates are available on the Court's website at https://nysd.uscourts.gov/hon-kimba-m-wood.